# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Staci Knox Villemarette
Attorney at Law
P. O. Box 53951
Lafayette LA 70505-3951

### REHEARING ACTION: July 13, 2011

**Docket Number: 11   00006-CA**

**DIXIE ROOFING AND SHEET METAL COMPANY, INC.**
**VERSUS**
**ANITA JEAN HOLMES REEVES SIMON**

**Appealed from Rapides Parish Case No. 232,908**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anita Jean Holmes Reeves Simon** has this day been

    **DENIED.**

cc: Ronald J. Fiorenza, Counsel for the Appellee